JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL CORRALES VALLARINO, | ) | NO. SACV 08-01363 MMM (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FERNANDO GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 29, 2011

_MARGARET M. MORROW_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE